## Exhibit "A" – Plaintiff's Trial Exhibit List

| Exh. # | Description | Document ID | Witness/Stipulation/Joint Exhibit |
|---|---|---|---|
| 1 | Passenger List | DF Bates 0001 | Merrifield / Aquazone |
| 2 | PADI Incident Report - Mil | DF Bates 0007-0010 | Merrifield / Aquazone |
| 3 | Sector Honolulu Investigation Questionnaire | DF Bates 0011-0013 | Merrifield / Aquazone |
| 4 | Payroll Summary for Garrett Teagle | DF Bates 0016-0017 | Merrifield / Aquazone |
| 5 | Aqua Zone Safe Operation Practice | DF Bates 0018-0030 | Merrifield / Aquazone |
| 6 | Au Kai Certificate of Inspection | DF Bates 0094-0096 | Merrifield / Aquazone |
| 7 | DF Merrifield Merchant Marine Credential | DF Bates 0097 | Merrifield / Aquazone |
| 8 | Booking Record | DF Bates 0117-0120 | Merrifield / Aquazone |
| 9 | DF Merrifield Dive Certifications | DF Bates 0121-0122 | Merrifield / Aquazone |
| 10 | Aqua Zone Safety Procedures (Old) | DF Bates 0329-0341 | Merrifield / Aquazone |
| 11 | Aqua Zone Safety Procedures (New) | DF Bates 0342-0355 | Merrifield / Aquazone |
| 12 | Durano Video 1 | DF Bates 0356 | Merrifield / Aquazone |
| 13 | Durano Video 2 | DF Bates 0357 | Merrifield / Aquazone |
| 14 | Deposition on Written Question for Queens Medical Center, taken 02/20/2020 | DWQ 001-123 | DWQ/Teagle |
| 15 | Deposition on Written Question for Queens Medical Center Imaging, taken 07/13/2020 | DWQ 001-012 with DVD | DWQ/Teagle |

| | | | |
|---|---|---|---|
| 16 | Deposition on Written Question for AMR, taken 02/19/2020 | DWQ 001-027 | DWQ/Teagle |
| 17 | Deposition on Written Question for University Health Partners of Hawaii, taken 02/27/2020 | DWQ 001-058 | DWQ/Teagle |
| 18 | Deposition on Written Question for West Jefferson Medical Center, taken 03/03/2020 | DWQ 001-285 | DWQ/Andrews/Sanders/Van Meter |
| 19 | Deposition on Written Question for Susan R. Andrews, taken 02/19/2020 | DWQ 001-082 | DWQ/Andrews |
| 20 | Deposition on Written Question for William Lahouse, MD, taken 03/06/2020 | DWQ 001-034 | DWQ/Lahouse |
| 21 | Deposition on Written Question for Scott Womble, D.O., St. Francis Columbus Clinic | DWQ 001-037 | DWQ/Teagle |
| 22 | PL Medical Records of Shane Darrah, MD, Southeastern Cardiology | PL Bates GET 1189-1209 | Teagle/Darrah/Sanders |
| 23 | PL Medical Records of Mohommed Pathan, MD, River City Neurological Associates | PL Bates GET 1259-1266 | Teagle/Sanders |
| 24 | PL Medical Records of Charlene Johnson, LPC, EdD, NCC, Transformed Living Counseling Services | PL Bates GET 1178-1188 | Teagle/Johnson |
| 25 | Deposition on Written Question for Harris County Recreation Department, taken 03/16/2020 | DWQ 001-038 | DWQ/ Teagle |
| 26 | Deposition on Written Question for Island Divers Hawaii, taken 02/17/2020 | DWQ 001-042 | DWQ/Teagle |
| 27 | Deposition on Written Question for Rainbow Reef Dive Center, taken 04/01/2020 | DWQ 001-027 | DWQ/Teagle |
| 28 | Deposition on Written Question for PADI Americas, taken 08/24/2020 | DWQ 001-024 | DWQ/Teagle |

| | | | |
|---|---|---|---|
| 29 | YO-257 Dive Video | PL Bates GET 0544 | Teagle |
| 30 | U.S. Coast Guard Sector Honolulu Work Instruction 31 | PL Bates GET 1064-1069 | Teagle/Merrifield |
| 31 | PL Tax Return - 2014 | PL Bates GET 1070-1075 | Teagle |
| 32 | PL Tax Return - 2015 | PL Bates GET 1076-1080 | Teagle |
| 33 | PL Tax Return - 2016 | PL Bates GET 1081-1086 | Teagle |
| 34 | PL Tax Return - 2017 | PL Bates GET 1087-1095 | Teagle |
| 35 | PL Tax Return - 2018 | PL Bates GET 1096-1111 | Teagle |
| 36 | PL Diver Certification Images | PL Bates GET 1212-1217 | Teagle |
| 37 | PL Dive Data | PL Bates GET 1276-1282 | Teagle |
| 38 | Redpath Log Entry | PL Bates GET 1289 | Teagle |
| 39 | Defendant's Answers to Interrogatories | | Merrifield / Aquazone |
| 40 | Defendant Devon K. Merrifield Deposition Excerpts | | Plaintiff's Offer |
| 41 | Stipulation for Remote Deposition Protocol | ECF 044 | Stipulation |
| 42 | Stipulation to Continue Discovery | ECF 074 | Stipulation |
| 43 | Witness William Redpath Deposition Excerpts | | Plaintiff's Offer |
| 44 | Witness Richard Wilson Deposition Excerpts | | Plaintiff's Offer |
| 45 | Plaintiff Medical Billing Records of West Jefferson Medical Center | PL Bates GET 0492-0501 | Plaintiff's Offer |
| 46 | Plaintiff Medical Records of Dr. Van Meter - Follow up | PL Bates GET 0502-0508 | Plaintiff's Offer |

| | | | |
|---|---|---|---|
| 47 | Plaintiff Medical Records of Dr. Van Meter - Final Summary | PL Bates GET 0524-0528 | Plaintiff's Offer |
| 48 | Plaintiff Medical Billing Records of American Medical Response | PL Bates GET 0529-0530 | Plaintiff's Offer |
| 49 | Plaintiff Medical Billing Records of The Emergency Group | PL Bates GET 0531 | Plaintiff's Offer |
| 50 | Plaintiff Medical Billing Records of Queens Medical Center | PL Bates GET 0532-0533 | Plaintiff's Offer |

(Merrifield Deposition)

| | | | |
|---|---|---|---|
| 3 | Merrifield Certifications | DF Bates 0121-0122 | Merrifield |
| 6 | Bookings | DF Bates 0117-0119 | Merrifield |
| 8 | Sector Honolulu Snorkeling and Diving Investigation and Inspection Questionnaire | DF Bates 0011-0013 | Merrifield |
| 9 | Certificate of Inspection | DF Bates 0094-0096 | Merrifield |
| 10 | USCG, Sector Honolulu, Work Instruction 31 | PL Bates GET 1064-1069 | Plaintiff's Offer |
| 11 | Aqua Zone Safe Operating Practice 2018 | DF Bates 0329-0341 | Merrifield |
| 12 | Aqua Zone Safe Operating Practice 2018 | DF Bates 0342-0355 | Merrifield |

(Redpath Deposition)

| | | | |
|---|---|---|---|
| 13 | Teagle_M. Durano Video 2 | DF Bates 0357 | Redpath/Teagle/Wilson |
| 14 | Redpath Statement to Coast Guard | | Redpath |
| 15 | Teagle_M. Durano Video 1 | DF Bates 0356 | Redpath/Teagle/Wilson |
| 16 | Handwritten Statement - CG | | |

(Wilson Deposition)

| | | | |
|---|---|---|---|
| 17 | Wilson Statement to Coast Guard | | Wilson |

Plaintiff's Exhibit List

Page **4** of **5**

| | | | |
|---|---|---|---|
| 18 | Durano Statement to Coast Guard | | Wilson |

(Teagle Deposition)

| | | | |
|---|---|---|---|
| 3 | Instructor Candidate Information and Training Record | DWQ 001-034 | DWQ |
| 4 | Summary of PADI Member Status | PL Bates GET 1211 | Plaintiff's Offer |
| 5 | PADI Certification Cards | PL Bates GET 1212-1217 | Plaintiff's Offer |
| 7 | Records from Rainbow Reef | DWQ 001-027 | DWQ |
| 10 | Safe Operating Practice 2018 | DF Bates 0329-0341 | Merrifield |
| 13 | Text Messages Between Garrett Teagle and Lauren Kesecker | PL Bates GET 0540-0543 | Plaintiff's Offer |
| 14 | PADI Incident Form | DF Bates 0007-0010 | Merrifield |

Plaintiff also reserves the right to use any exhibit listed by any other party, any exhibit necessary to rebut or impeach another party's evidence, any document identified as a result of deposition designations or counter-designations, any document which is an exhibit to a deposition taken or scheduled in this litigation, and any document which has not yet been produced in this litigation.

DWQ – "Deposition on Written Question."